Doc #: 43656 BK: 36029 PG: 207
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
09/30/2019, 11:40:31A
Register of Deeds Nancy A. Lane    E-RECORDED

## QUITCLAIM ASSIGNMENT

WHEREAS, **TD BANK, N.A., F/K/A TD BANKNORTH, N.A., F/K/A BANKNORTH, N.A., WHOSE ADDRESS IS 32 CHESTNUT ST, LEWISTON, ME 04240,** (ASSIGNOR), is identified as the "Lender" on a certain mortgage executed by **ROMEY OWENS AND KRISTI OWENS**, and bearing the date of 03/30/2005, and recorded on 04/04/2005 in the Office of the Recorder of **CUMBERLAND** County, State of Maine in Book 22490, Page 226 and Doc # 20852 (hereinafter the "Mortgage");
Modification: REC: 02/18/2016 BK: 32925 PG: 240 INSTR#: 7468

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of **TD BANK, N.A., F/K/A TD BANKNORTH, N.A., F/K/A BANKNORTH, N.A.** and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, **TD BANK, N.A., F/K/A TD BANKNORTH, N.A., F/K/A BANKNORTH, N.A.** wishes to convey and assign any and all rights it may have under the Mortgage to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS MIDTOWN CENTER, 1100 15TH STREET, NW, WASHINGTON, DC 20005, ITS SUCCESSORS AND ASSIGNS,** (ASSIGNEE); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, **TD BANK, N.A., F/K/A TD BANKNORTH, N.A., F/K/A BANKNORTH, N.A.** hereby assigns and quit claims to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS MIDTOWN CENTER, 1100 15TH STREET, NW, WASHINGTON, DC 20005, ITS SUCCESSORS AND ASSIGNS,** (ASSIGNEE) all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

IN WITNESS WHEREOF, this assignment was executed on 09 / 20 / 2019 (MM/DD/YYYY).
TD BANK, N.A., F/K/A TD BANKNORTH, N.A., F/K/A BANKNORTH, N.A.

By: _____
Kristen M Citrano
Assistant Vice President

STATE OF MAINE    COUNTY OF Androscoggin
The foregoing instrument was acknowledged before me on 09 / 20 / 2019 (MM/DD/YYYY) by Kristen M Citrano as Assistant Vice President of TD BANK, N.A., F/K/A TD BANKNORTH, N.A., F/K/A BANKNORTH, N.A.. He/she/they is (are) personally known to me.

_____
Traci Ann Pratt
Notary Public - State of MAINE
Commission expires: 02/15/2026

TRACI ANN PRATT
Notary Public - Maine
My Commission Expires Feb 15, 2026

Instrument Prepared By: Nationstar Mortgage LLC, 4000 Horizon Way, Irving, TX 75063, 308-632-5154
When Recorded Return To: Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019
NSDAV 407994017  QUIT CLAIM   T171909-09:35:44 [C-1] OCAME1

EXHIBIT G